```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

RONGEY JORDAN,                          *

    Petitioner,                     *

vs.                                     *
                                          CASE NO. 4:08-CV-57 (CDL)
WILLIAM TERRY, Warden,                  *

    Respondent.                     *

                                        *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 1, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 20th day of October, 2008.

                                                      S/Clay D. Land
                                                         CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE